UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEVEN MENDOZA, individually and on
behalf of other persons similarly situated,

        Plaintiff(s),

  -against-

UNITED SALES U.S.A. CORP., SOLOMON
ENDZWEIG, and ABRAHAM GOLDBERGER,

        Defendant(s).
-----------------------------------------------------------X

Case No. 1:20-cv-00659-KAM-PK

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            S.S.
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 18th day of February, 2020, at approximately the time of 9:54 AM, deponent served a true copy of the Summons in a Civil Case, Complaint Collective and Class Action and Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule upon Solomon Endzweig c/o United Sales USA Corp. at 185 30th Street, Brooklyn, New York, by personally delivering and leaving the same with Tamekca Evans, Customer Service, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked Tamekca Evans if Solomon Endzweig is in active military service or dependent upon someone in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

        Tamekca Evans is a black female, approximately 38 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 135 pounds with black hair.

        That on the 18th day of February, 2020, deponent served another copy of the foregoing upon Solomon Endzweig by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope,

and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Solomon Endzweig
c/o United Sales USA Corp.
185 30th Street
Brooklyn, New York 11232

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
18th day of February, 2020

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEVEN MENDOZA, individually and on
behalf of other persons similarly situated,

        Plaintiff(s),                         Case No. 1:20-cv-00659-KAM-PK

    -against-                             AFFIDAVIT OF SERVICE

UNITED SALES U.S.A. CORP., SOLOMON
ENDZWEIG, and ABRAHAM GOLDBERGER,

        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
                                S.S.
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 18th day of February, 2020, at approximately the time of 9:54 AM, deponent served a true copy of the Summons in a Civil Case, Complaint Collective and Class Action and Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule upon Abraham Goldberger c/o United Sales USA Corp. at 185 30th Street, Brooklyn, New York, by personally delivering and leaving the same with Tamekca Evans, Customer Service, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked Tamekca Evans if Abraham Goldberger is in active military service or dependent upon someone in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

        Tamekca Evans is a black female, approximately 38 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 135 pounds with black hair.

        That on the 18th day of February, 2020, deponent served another copy of the foregoing upon Abraham Goldberger by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope,

and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Abraham Goldberger
c/o United Sales USA Corp.
185 30th Street
Brooklyn, New York 11232

DOMINIC DELLAPORTE #1320496

Sworn to before me this
18th day of February, 2020

NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022