UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

STEVEN MENDOZA, individually and on behalf of other
persons similarly situated,

                Plaintiffs,

-against-

UNITED SALES U.S.A. CORP., SOLOMON ENDZWEIG,
and ABRAHAM ENDZWEIG,

                Defendants.

_____

ECF

Case No.: 20-cv-659

**CONSENT TO SUE**

**COLLECTIVE ACTION**

      I hereby consent to be a plaintiff in the case *Mendoza et al. v. United Sales U.S.A. Corp., Solomon Endzweig, and Abraham Endzweig*, 20-cv-659, that asserts claims under the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages that may be owed to me and that by joining this lawsuit I will become a plaintiff pursuant to the Fair Labor Standards Act. I understand that, by filing this form, I am voluntarily becoming a party to this action and therefore may be required to participate in the discovery process and/or trial, including testifying at a deposition or at trial. I authorize the law firm, Conover Law Offices, to represent me in this case.

Date:    8 - 31 - 20

Signature: _____
Name:     Bobbylee Ruiz