UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ECF

| | |
|---|---|
| STEVEN MENDOZA, individually and on behalf of other persons similarly situated, | Case No.: 20-cv-659(KAM)(PK) |
| Plaintiffs, | **NOTICE OF CONSENT MOTION** |
| -against- | |
| UNITED SALES U.S.A. CORP., SOLOMON ENDZWEIG, and ABRAHAM GOLDBERGER, Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Molly Smithsimon, dated March 24, 2021, in support of Plaintiff's Consent Motion for Approval of the parties' proposed Settlement Agreement, the exhibits annexed thereto, the fairness letter, and the Court's Order dated February 23, 2021, plaintiffs Steven Mendoza and Bobbylee Ruiz, will move this Court, before Magistrate Judge Peggy Kuo, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza, Court Room 11C, Brooklyn, New York , on a date to be determined by the Court, for an order, pursuant to the Rules of the Federal Rules of Civil Procedure and under the Fair Labor Standards Act, 29 U.S.C. § 216(b), approving the parties' proposed Settlement Agreement, and, if required, scheduling a fairness hearing on the proposed settlement, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
      March 24, 2021

Respectfully Submitted,

*Molly Smithsimon*

Molly Smithsimon
CONOVER LAW OFFICES
Attorneys for Plaintiffs
345 Seventh Avenue, 21st Floor
New York, New York 10001
(212) 588-9080, molly@conoverlaw.com