| 3/25/2021 | Conover Law Offices | |
|---|---|---|
| 12:32 AM | Billable Hours | Page    1 |

## Selection Criteria

| Client.Selection | Include: mendoza |
|---|---|

| | |
|---|---|
| Nickname | mendoza \| 751 |
| Full Name | Stephen Mendoza |
| Address | |
| Phone 1 | |
| Phone 3 | |
| In Ref To | |
| Fees Arrg. | |
| Expense Arrg. | |
| Tax Profile | |
| Last bill | |
| Last charge | 3/24/2021 |
| Last payment | Amount     $0.00 |

| Date | User | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 9/12/2019 | MS | 450.00 | 2.00 | 900.00 | Billable |
| 24300 | Meeting | | | | |
| | Meeting with client, review documents. | | | | |
| 10/3/2019 | MS | 450.00 | 0.50 | 225.00 | Billable |
| 24301 | e-mail | | | | |
| | client, review documents | | | | |
| 10/8/2019 | MS | 450.00 | 0.33 | 148.50 | Billable |
| 24302 | TC | | | | |
| | Telephone call with client | | | | |
| 10/9/2019 | MS | 450.00 | 1.25 | 562.50 | Billable |
| 24303 | e-mail | | | | |
| | E-mail client and review documents, paystubs, time records | | | | |
| 10/10/2019 | MS | 450.00 | 1.33 | 598.50 | Billable |
| 24331 | Revise | | | | |
| | Revise damages calculation | | | | |
| 10/28/2019 | MS | 450.00 | 2.25 | 1,012.50 | Billable |
| 24304 | Draft | | | | |
| | Draft and revise demand letter, email client | | | | |
| 11/4/2019 | MS | 450.00 | 0.33 | 148.50 | Billable |
| 24305 | e-mail | | | | |
| | E-mail client | | | | |
| 11/7/2019 | MS | 450.00 | 0.25 | 112.50 | Billable |
| 24306 | e-mail | | | | |
| | E-mail client | | | | |

mendoza:Stephen Mendoza (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/12/2019 24307 | MS e-mail E-mail client | 450.00 | 0.33 | 148.50 | Billable |
| 11/21/2019 24308 | MS TC Telephone call with client | 450.00 | 0.33 | 148.50 | Billable |
| 12/19/2019 24309 | MS Draft Draft and revise complaint, email client | 450.00 | 4.33 | 1,948.50 | Billable |
| 1/15/2020 24310 | MS Legal research Legal research on motor carrier exemption, FLSA exemptions, minimum wage, email client | 450.00 | 4.83 | 2,173.50 | Billable |
| 1/20/2020 24312 | MS e-mail E-mail client | 450.00 | 0.33 | 148.50 | Billable |
| 1/21/2020 24327 | MS Draft Draft and revise damages calculation based on truck log, email client, telephone call with client | 450.00 | 2.75 | 1,237.50 | Billable |
| 1/27/2020 24311 | MS Draft Draft and revise complaint, email client, legal research | 450.00 | 3.17 | 1,426.50 | Billable |
| 2/5/2020 24313 | MS Draft Draft and revise cover letter, summons, complaint, file, email client | 450.00 | 2.67 | 1,201.50 | Billable |
| 2/11/2020 24314 | MS e-mail E-mail process server, client | 450.00 | 0.50 | 225.00 | Billable |
| 2/13/2020 24315 | MS e-mail E-mail client and process server | 450.00 | 0.50 | 225.00 | Billable |
| 2/18/2020 24199 | BDC Prepare Prepare aff service | 450.00 | 0.33 | 148.50 | Billable |

| 3/25/2021 | Conover Law Offices | |
|---|---|---|
| 12:32 AM | Billable Hours | Page    3 |

mendoza:Stephen Mendoza (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---:|---:|---:|---|
| 2/18/2020<br>24316 | MS<br>e-mail<br>E-mail client and process server | 450.00 | 0.33 | 148.50 | Billable |
| 2/20/2020<br>24224 | BDC<br>File<br>File affidavit service US sales | 450.00 | 0.25 | 112.50 | Billable |
| 3/13/2020<br>24317 | MS<br>Review<br>Review answer, email client | 450.00 | 0.50 | 225.00 | Billable |
| 4/28/2020<br>24318 | MS<br>TC<br>Telephone call with Bobby Ruiz | 450.00 | 0.67 | 301.50 | Billable |
| 8/12/2020<br>24319 | MS<br>e-mail<br>E-mail defense counsel, draft joint status report | 450.00 | 0.50 | 225.00 | Billable |
| 8/17/2020<br>24341 | MS<br>e-mail<br>E-mail and confer with counsel, revise joint letter. | 450.00 | 0.67 | 301.50 | Billable |
| 8/24/2020<br>24329 | MS<br>Draft<br>Draft and revise FLSA discovery statement | 450.00 | 1.00 | 450.00 | Billable |
| 8/25/2020<br>24330 | MS<br>Draft<br>Draft and revise FLSA discovery statement, email client and counsel, file | 450.00 | 2.50 | 1,125.00 | Billable |
| 8/31/2020<br>24320 | MS<br>Draft<br>Draft and revise and file joint status motion, email client, defense counsel | 450.00 | 2.50 | 1,125.00 | Billable |
| 9/3/2020<br>24321 | MS<br>e-mail<br>E-mail client Ruiz, draft retainer agreement, file consent to join | 450.00 | 1.00 | 450.00 | Billable |
| 9/25/2020<br>24322 | MS<br>e-mail<br>E-mail mediators, research mediators, email defense counsel, client | 450.00 | 1.17 | 526.50 | Billable |
| 10/13/2020<br>24323 | MS<br>e-mail<br>E-mail defense counsel, telephone call with counsel, telephone call with client. | 450.00 | 1.00 | 450.00 | Billable |

3/25/2021  
12:32 AM

Conover Law Offices  
Billable Hours

Page 4

mendoza:Stephen Mendoza (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/23/2020 24324 | MS e-mail E-mail client, mediators | 450.00 | 0.50 | 225.00 | Billable |
| 10/28/2020 24325 | MS e-mail email defense counsel, client | 450.00 | 0.33 | 148.50 | Billable |
| 11/6/2020 24326 | MS e-mail E-mail mediator | 450.00 | 0.17 | 76.50 | Billable |
| 11/16/2020 24346 | MS e-mail E-mail mediation staff, client, telephone conversation with client | 450.00 | 0.83 | 373.50 | Billable |
| 11/18/2020 24328 | MS Revise Revise damages calculation | 450.00 | 1.33 | 598.50 | Billable |
| 11/18/2020 24345 | MS Conference call Conference call with mediator and counsel | 450.00 | 0.50 | 225.00 | Billable |
| 11/19/2020 24332 | MS Draft draft and revise mediation statement, legal research, email client | 450.00 | 6.50 | 2,925.00 | Billable |
| 11/19/2020 24348 | MS e-mail E-mail counsel, review discovery responses | 450.00 | 1.00 | 450.00 | Billable |
| 11/20/2020 24335 | MS Prep.conf. w/ Prepare for conference with mediator, prepare clients | 450.00 | 2.00 | 900.00 | Billable |
| 11/20/2020 24347 | MS TC Telephone call with clients | 450.00 | 0.67 | 301.50 | Billable |
| 11/23/2020 24334 | MS Attend Attended mediation, prepped clients | 450.00 | 1.50 | 675.00 | Billable |
| 11/30/2020 24336 | MS e-mail E-mail mediator and clients to reschedule mediation. | 450.00 | 0.50 | 225.00 | Billable |

Case 1:20-cv-00659-KAM-PK   Document 24-2   Filed 03/25/21   Page 5 of 7 PageID #: 92

3/25/2021  
12:32 AM

Conover Law Offices  
Billable Hours

Page 5

mendoza:Stephen Mendoza (continued)

| Date / ID | User / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 12/1/2020 24349 | MS Review — Review and approve letter requesting mediation extension, email counsel | 450.00 | 0.33 | 148.50 | Billable |
| 12/21/2020 24338 | MS Prep.conf. w/ — Prepare for conference with mediator, prepare clients | 450.00 | 1.00 | 450.00 | Billable |
| 12/22/2020 24337 | MS Attend — Attended mediation | 450.00 | 5.00 | 2,250.00 | Billable |
| 12/29/2020 24339 | MS ConfWith — Conference with defense counsel | 450.00 | 0.50 | 225.00 | Billable |
| 1/25/2021 24333 | MS Revise — revise confidentiality order, email counsel, file | 450.00 | 1.00 | 450.00 | Billable |
| 2/17/2021 24342 | MS Draft — Draft and revise settlement statement,. legal research, email clients. | 450.00 | 7.50 | 3,375.00 | Billable |
| 2/19/2021 24343 | MS Prep.conf. w/ — Prepare for conference with Judge Kuo, prepare clients | 450.00 | 1.50 | 675.00 | Billable |
| 2/21/2021 24350 | MS ConfWith — Conference with Judge Kuo | 450.00 | 1.00 | 450.00 | Billable |
| 2/22/2021 24344 | MS Attend — Attended settlement conference | 450.00 | 4.50 | 2,025.00 | Billable |
| 2/22/2021 24351 | MS e-mail — E-mail Judge Kuo, compile relevant messages from production | 450.00 | 0.75 | 337.50 | Billable |
| 3/1/2021 24340 | MS e-mail — E-mail counsel and sign consent to proceed with magistrate | 450.00 | 0.33 | 148.50 | Billable |
| 3/1/2021 24352 | MS Draft — Draft and revise settlement agreement, confession of judgment | 450.00 | 4.83 | 2,173.50 | Billable |

| 3/25/2021 | | Conover Law Offices | | | |
| 12:32 AM | | Billable Hours | | | Page     6 |

mendoza:Stephen Mendoza (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/9/2021<br>24353 | MS<br>e-mail<br>E-mail clientsl | 450.00 | 0.50 | 225.00 | Billable |
| 3/17/2021<br>24354 | MS<br>e-mail<br>E-mail counsel | 450.00 | 0.33 | 148.50 | Billable |
| 3/22/2021<br>24356 | MS<br>Draft<br>Draft and revise motion to approve settlemnt | 450.00 | 4.00 | 1,800.00 | Billable |
| 3/23/2021<br>24355 | MS<br>e-mail<br>E-mail clients | 450.00 | 0.50 | 225.00 | Billable |
| 3/24/2021<br>24357 | MS<br>Draft<br>Draft and revise motion to approve settlement, email counsel and clients. | 450.00 | 2.00 | 900.00 | Billable |
| TOTAL | Billable Fees | | 91.83 | | $41,310.00 |

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/5/2020 | BDC<br><br>Metro Attorney service | 400.00 | 1.000 | 400.00 | Billable |
| 2/20/2020<br>24225 | BDC<br>Outside Serve<br>Metro Attorney service | 166.25 | 1.000 | 166.25 | Billable |
| 2/20/2020<br>24226 | BDC<br>Outside Serve<br>Metro Attorney Service US sales | 166.25 | 1.000 | 166.25 | Billable |
| TOTAL | Billable Costs | | | | $566.25 |

| | | |
|---|---|---|
| 3/25/2021 | Conover Law Offices | |
| 12:32 AM | Billable Hours and Costs | Page    7 |

mendoza:Stephen Mendoza (continued)

## Calculation of Fees and Costs

| | Amount | Total |
|---|---:|---:|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable time slips | $41,310.00 | |
| Total of Fees (Time Charges) | | $41,310.00 |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable expense slips | $566.25 | |
| Total of Costs (Expense Charges) | | $566.25 |
| Total new charges | | $41,876.25 |
| New Balance | | |
| Current | $41,876.25 | |
| Total New Balance | | $41,876.25 |